## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | Case No. 25-11034 (CTG) |
| Debtors. | (Jointly Administered) |
| OPMOBILITY GESTION; OPMOBILITY SE; OPMOBILITY HOLDING USA, INC.; and OPMOBILITY LIGHTING HOLDING, | |
| Plaintiffs, | Adv. Pro. No. 26-50470 (CTG) |
| v. | |
| STRATEGIC VALUE PARTNERS, LLC; MARELLI HOLDINGS CO., LTD.; MARELLI CORPORATION; MARELLI NORTH AMERICA, INC.; MARELLI HOLDING USA LLC; MARELLI TENNESSEE USA LLC; MARELLI AUTOMOTIVE LIGHTING USA LLC; and DOE DEFENDANTS 1-20, | |
| Defendants. | |

## STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT

This stipulation (the "Stipulation") is entered into by and between Defendant Strategic

Value Partners, LLC (the "SVP Defendant"), Marelli Holdings Co., Ltd.; Marelli Corporation;

Marelli North America, Inc.; Marelli Holding USA LLC; Marelli Tennessee USA LLC; Marelli

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/Marelli.  The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

Automotive Lighting USA LLC (the "Marelli Defendants" and together with the SVP Defendant, the "Defendants") and Plaintiffs OPmobility Gestion; OPmobility SE; OPmobility Holding USA, Inc.; and OPmobility Lighting Holding (the "Plaintiffs" and together with the Defendants, the "Parties").  The Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on June 16, 2026, Plaintiffs filed an *Adversary Complaint* commencing the above-captioned adversary proceeding [Adv. D.I. 1] (the "Complaint");

WHEREAS, on June 19, 2026, Defendants agreed to accept service with an effective date of June 24;

WHEREAS, the Parties have agreed that Defendants response deadline shall be July 24, 2026.

**NOW, THEREFORE, IT IS STIPULATED THAT:**

1.      The Parties agree that the time for the Defendants to answer, move, or otherwise respond to the Complaint is extended to July 24, 2026.

2.      The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

3.      This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement.  Further, electronic signatures or transmissions of an originally signed document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

Dated: June 24, 2026
Wilmington, Delaware

**KOBRE & KIM LLP**

*/s/ Jacob R. Kirkham*

Jacob R. Kirkham (No. 5768)
Stephen J. Astringer (No. 6375)
Danielle Bateman (admitted *pro hac vice*)
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 518-6460
Facsimile: (302) 518-6461
jacob.kirkham@kobrekim.com
stephen.astringer@kobrekim.com
danielle.bateman@kobrekim.com

-and-

Michael Ng (admitted *pro hac vice*)
Daniel A. Zaheer (admitted *pro hac vice*)
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: (415) 582-4800
Facsimile: (415) 582-4811
michael.ng@kobrekim.com
daniel.zaheer@kobrekim.com

-and-

Adam M. Lavine (admitted *pro hac vice*)
George Stamatopoulos (admitted *pro hac vice*)
Jessica K. Fender (admitted *pro hac vice*)
Zachary Sizemore (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220
adam.lavine@kobrekim.com
george.stamatopoulos@kobrekim.com
jessica.fender@kobrekim.com
zachary.sizemore@kobrekim.com

*Attorneys for Plaintiffs OPmobility Gestion; OPmobility SE; OPmobility Holding USA, Inc.; and OPmobility Lighting Holding.*

3

Dated: June 24, 2026
Wilmington, Delaware

**COLE SHOTZ**

*/s/ Justin R. Alberto*

Justin R. Alberto
Stacy L. Newman
Jack M. Dougherty
Elazar A. Kosman
500 Delaware Ave Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
jalberto@coleschotz.com
snewman@coleschotz.com
jdougherty@coleschotz.com
ekosman@coleschotz.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty Brimmage
2300 N. Field Street, Suite 1800
Dallas, TX  75201-2481
Telephone: (214) 969-2800
mbrimmage@akingump.com

-and

Scott Alberino
2001 K Street, N.W.
Washington, D.C. 20006-1037
Telephone: (202) 887-4000
salberino@akingump.com

*Attorneys for Strategic Value Partners, LLC*

4

Dated: June 24, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones
Timothy P. Cairns
Edward A. Corma
919 North Market St., 17th Floor
P.O. Box 8705
Wilmington, DE 19899
Telephone: (302) 652-4100
ljones@pszjlaw.com
tcairns@pszjlaw.com
ecorma@pszjlaw.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
Nicholas M. Adzima
Evan Swager
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
joshua.sussberg@kirland.com
nicholas.adzima@kirkland.com
evan.swager@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Ross M. Kwasteniet, P.C.
Spencer A. Winters, P.C.
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
ross. kwasteniet@kirkland.com
spencer.winters@kirkland.com

*Attorneys for Marelli Holdings Co., LTD.; Marelli Corporation; Marelli North America, INC.; Marelli Holding USA LLC; Marelli Tennessee USA LLC; Marelli Automotive Lighting USA LLC*

5