## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al*.,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 25-11034 (CTG)<br><br>(Jointly Administered) |
| OPMOBILITY GESTION; OPMOBILITY SE; OPMOBILITY HOLDING USA, INC.; AND OPMOBILITY LIGHTING HOLDING,<br><br>   Plaintiffs,<br><br>   v.<br><br>STRATEGIC VALUE PARTNERS, LLC; MARELLI HOLDINGS CO. LTD.; MARELLI CORPORATION; MARELLI NORTH AMERICA, INC.; MARELLI HOLDING USA LLC; MARELLI TENNESSEE USA LLC; MARELLI AUTOMOTIVE LIGHTING USA LLC; AND DOE DEFENDANTS 1-20,<br><br>   Defendants. | Adv. Proc. No. 26-50470 (CTG) |

## <u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Scott L. Alberino of Akin Gump Strauss Hauer & Feld LLP to represent Strategic Value Partners, LLC in this action.

Dated: July 7, 2026

*/s/ Jack M. Dougherty*
Jack M. Dougherty (No. 6784)
Cole Schotz P.C.
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Email: jdougherty@coleschotz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: July 7, 2026                              */s/ Scott L. Alberino*
                                         Scott L. Alberino
                                         2001 K Street, N.W.
                                         Washington, D.C. 20006
                                         Telephone: (202) 887-4000
                                         Facsimile: (202) 887-4288
                                         Email: salberino@akingump.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.