**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | Case No. 25-11034 (CTG) |
| Debtors. | (Jointly Administered) |
| OPMOBILITY GESTION; OPMOBILITY SE; OPMOBILITY HOLDING USA, INC.; and OPMOBILITY LIGHTING HOLDING, | |
| Plaintiffs, | Adv. Pro. No. 26-50470 (CTG) |
| v. | |
| STRATEGIC VALUE PARTNERS, LLC; MARELLI HOLDINGS CO., LTD.; MARELLI CORPORATION; MARELLI NORTH AMERICA, INC.; MARELLI HOLDING USA LLC; MARELLI TENNESSEE USA LLC; MARELLI AUTOMOTIVE LIGHTING USA LLC; and DOE DEFENDANTS 1-20, | |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 20, 2026 AT 11:00 A.M. EASTERN TIME**

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/Marelli.  The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

4933-2045-2541.2 54509.00001

**This proceeding will be conducted via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## MATTERS GOING FORWARD

1.  **Commissioner Motion** – Motion for Issuance of Request for International Judicial Assistance, Appointment of Commissioner, and Direction of Submission of Hague Convention Application [Filed 6/23/26] (Adv. Docket No. 18).

    Response Deadline:  July 7, 2026 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)  Defendants' (I) Response to Plaintiffs' Motion for Issuance of Request for International Judicial Assistance, Appointment of Commissioner, and Direction of Submission of Hague Convention Application and (II) Cross-Motion to Stay Proceedings on Grounds of International Comity [Filed 7/7/26] (Adv. Docket No. 28).

    Related Documents:  None as of the date hereof

    Status:  This matter will go forward.

2.  **Stay Motion** – Defendants' (I) Response to Plaintiffs' Motion for Issuance of Request for International Judicial Assistance, Appointment of Commissioner, and Direction of Submission of Hague Convention Application and (II) Cross-Motion to Stay Proceedings on Grounds of International Comity [Filed 7/7/26] (Adv. Docket No. 28).

    Response Deadline:  July 16, 2026 at 4:00 p.m. Eastern Time.

    Responses Received:  None as of the date hereof.

    Related Documents:  None as of the date hereof.

    Status:  This matter will go forward.

*[Remainder of Page Intentionally Left Blank]*

4933-2045-2541.2 54509.00001                                  2

Dated: July 16, 2026
Wilmington, Delaware

/s/ Laura Davis Jones

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Laura Davis Jones (DE Bar No. 2436) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Nicholas M. Adzima (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Evan Swager (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | 601 Lexington Avenue |
| P.O. Box 8705 | New York, New York 10022 |
| Wilmington, Delaware 19899 (Courier 19801) | Telephone:   (212) 446-4800 |
| Telephone:   (302) 652-4100 | Facsimile:   (212) 446-4900 |
| Facsimile:   (302) 652-4400 | Email:   joshua.sussberg@kirkland.com |
| Email:   ljones@pszjlaw.com | nicholas.adzima@kirkland.com |
| tcairns@pszjlaw.com | evan.swager@kirkland.com |
| ecorma@pszjlaw.com | |

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   ross.kwasteniet@kirkland.com
            spencer.winters@kirkland.com

*Co-Counsel for the Debtors*            *Co-Counsel for the Debtors*
*and Debtors in Possession*            *and Debtors in Possession*

4933-2045-2541.2 54509.00001